AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2016 FEB 18 PM 1:50

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| Bankers Warranty Group, Inc.<br><br>*Plaintiff(s)*<br>v.<br>iYogi, Inc.<br><br>*Defendant(s)* | Civil Action No.<br>8:16-CV-379-T-36AEP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* iYogi, Inc.
291 Broadway Ste. 305
New York, New York, 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph P. Doyle
BANKERS WARRANTY GROUP, INC.
11101 Roosevelt Boulevard North
St. Petersburg, FL 33716-2340

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/18/2016

*Signature of Clerk or Deputy Clerk*